JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION; BNC MORTGAGE INC; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; AND DOES 1 TO 10, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 09-01872VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 27, 2010

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge